ACCEPTED
15-15-00900-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/4/2015 1:48:00 PM
LISA MATZ
CLERK

## No. 15-15-00900-CV

IN THE COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS
DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/4/2015 1:48:00 PM
LISA MATZ
Clerk

## ROGER GREENFIELD AND TED KASEMIR

Appellants,

v.

## LOWER OAK LAWN INVESTMENT, L.P.

Appellee.

Appeal from the 162nd Judicial District Court, Dallas County
Trial Court Cause No. DC-14-10307
The Honorable Phyllis Lister Brown, Presiding

## **UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE APPELLEE BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellee Lower Oak Lawn Investment, L.P. ("Appellee") files this motion pursuant to Texas Rule of Appellate Procedure 10.5(b) seeking an additional thirty days to file its Appellee's Brief in response to the Brief of Appellants. In support thereof, Appellee states the following:

## A. Introduction

1. Appellee's Brief in response to the Appellants' Brief is due on November 4, 2015. Appellee seeks a thirty-day extension to file its Appellee's Brief on or before December 4, 2015. This is Appellee's first request for an extension for this brief and the extension is unopposed by the Appellants.

## B. Arguments & Authorities

2. Texas Rules of Appellate Procedure provide in Rule 38.6(d):

On motion complying with Rule 10.5(b), the appellate court may extend the time for filing a brief and may postpone submission of the case. A motion to extend the time to file a brief may be filed before or after the date the brief is due. …

3. Appellee seeks this extension as the parties attempt to facilitate a resolution and eliminate the need for this appeal.

4. Appellee's counsel has contacted Appellants' counsel; this motion is unopposed. This extension of time is not sought solely for the purpose of delay, but so that justice may be done.

## C. Conclusion

5. Appellee respectfully requests that the Court grant its first request for extension of time to file Appellee's Brief and order that the deadline to file Appellee's Brief is extended to December 4, 2015.

DATED:  November 4, 2015                     Respectfully submitted,


/s/ Laurie G. Flood

John T. Gerhart, Jr.
State Bar No. 00784122
e-mail: jgerhart@hunton.com
Laurie G. Flood
State Bar No. 24032056
e-mail: lflood@hunton.com
**Hunton & Williams LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: 214|979-3000
Telecopier: 214|880-0011
***Counsel for Appellees***

## CERTIFICATE OF CONFERENCE

Counsel for Appellee spoke with Christopher K. Chapaneri, counsel for Appellant, and Mr. Chapaneri indicated that Appellants do not oppose the relief sought in this motion.


/s/ Laurie G. Flood
Laurie G. Flood

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the 4th day of November, 2015, a true and correct copy of the foregoing was forwarded to the following counsel electronically via the electronic filing system and email in accordance with Texas Rule of Appellate Procedure 9.5.

William L. Wolf
State Bar No. 21854500
Christopher K. Chapaneri
State Bar No. 24065032
cchapaneri@wolf-law.com
**Wolf & Henderson, P.C.**
4309 Irving Avenue, Suite 200
Dallas, Texas 75219
Telephone: 214|750-1395
Telecopier: 214|368-1395
*Counsel for Appellants*

/s/ Laurie G. Flood
Laurie G. Flood